# CASE ANNOUNCEMENTS

*October 23, 2013*

[Cite as *10/23/2013 Case Announcements*, 2013-Ohio-4657.]

## MERIT DECISIONS WITHOUT OPINIONS

**2013–0427. In re Application of Washington.**
On Report by the Board of Commissioners on Character and Fitness, No. 531. Pending application for admission to take the Ohio bar examination disapproved. Applicant may reapply to take the July 2016 bar examination.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0438. In re Application of Kloeker.**
On Report by the Board of Commissioners on Character and Fitness, No. 533. Pending application for admission to take the Ohio bar examination disapproved. Applicant may reapply to take the July 2015 bar examination.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, and FRENCH, JJ., concur.

PFEIFER, LANZINGER, and O'NEILL, JJ., concur in part and dissent in part and would allow the applicant to reapply for the July 2014 bar examination as recommended by the Board of Commissioners on Character and Fitness.

**2013–1058. Temethy v. Sliwinksi.**
In Mandamus. On motions to dismiss of Heather M. Zirke and Katherine Ann Zimmerman, Jonathan E. Coughlan, Ohio Disciplinary Counsel, et al., Rick Baum, Judge Eileen A. Gallagher, and attorney Steven B. Wagner. Motions to dismiss granted. On relator's motion to remove attorney Baum, motion to remove attorneys Sliwinski, Steven B. Wagner, Heather M. Zirke, and Katherine Ann Zimmerman, and motion to strike. Motions denied. Cause dismissed. It is ordered by the court that the motions to dismiss are granted and relator's motions are denied. Accordingly, this cause is dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1086. Berry v. Bessy.**
In Mandamus. On motion for leave to file amended complaint. Motion granted. On motion to dismiss. Motion to dismiss granted. Respondent's motion to strike amended petition or, in the alternative, motion for leave to file its memorandum contra to motion to amend writ of mandamus is denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1136. Williams v. Fifth Dist. Court of Appeals.**
In Mandamus. On motion to dismiss of respondents. Motion to dismiss granted. Motions for leave to intervene and to dismiss of intervening respondent are denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.